# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| I.C. ELLISON, | ) | 3:04-CV-0155-PMP (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 26, 2006 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Join Additional Parties (Doc. #54). Defendants have opposed the Motion (Doc. #58).

Plaintiff's Motion is actually a Motion to Amend his Amended Complaint. As such, the Motion does not comply with the Local Rules of Practice which provide that "The original proposed amended pleading shall be signed and attached to any motion to amend a pleading." LR 15-1. In order to join additional parties as Defendants in this case Plaintiff is required to have a proposed Amended Complaint attached to his Motion in which he not only identifies the names of the additional Defendants he wishes to join but how they participated in the activity of which he complains.

Plaintiff's Motion to Join Additional Parties (Doc. #54) treated by the court as a Motion to Amend is **DENIED** without prejudice.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
        Deputy Clerk