## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| I.C. ELLISON, | ) | 3:04-CV-0155-PMP (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 8, 2006 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>GINA MUGNAINI</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Reconsideration (Doc. #61) and Defendants have responded (Doc. #67).

Plaintiff's Motion for Reconsideration (Doc. #61) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>  /s/  </u>
    Deputy Clerk