UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| I.C. ELLISON, | ) | |
| | ) | |
| Plaintiffs, | ) | 3:04-cv-155-PMP-RAM |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEVADA ,et al., | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

The Court having read and considered Plaintiff, I.C. Ellison's Motion for Extension of Time (Doc.#85), filed February 9, 2007, and Defendants response and opposition thereto, (Doc. #82), filed February 26, 2007, and it appearing that no good cause is shown to warrant a thirty day enlargement of time to permit the filling of objections to the Report and Recommendation, entered January 29, 2007, by the Honorable Robert McQuaid, United States Magistrate Judge and after De Novo review of the Magistrate Judge's Report and Recommendation that Summary Judgment in favor of Defendants and against Plaintiff on the only remaining count of Plaintiff's complaint-(Count III) should be Granted, and good cause appearing,

IT IS ORDERED that Plaintiff, I.C. Ellison's Motion for Extension of Time (Doc. # 85), is Denied.

////

////

////

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert McQuaid, (Doc. #84 ), filed January 29, 2007, is hereby Affirmed and Summary Judgment is hereby Granted in favor of Defendants and against Plaintiff, I.C. Ellison, as to the remaining Count III of Plaintiff's Complaint.

DATED:   March 16, 2007.

_____
PHILIP M. PRO
United States District Judge