AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

I.C. ELLISON,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:04-CV-00155-PMP-RAM**

STATE OF NEVADA, et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Robert McQuaid, (Doc #84), filed January 29, 2007, is hereby Affirmed and Summary Judgment is hereby Granted in favor of Defendants and against Plaintiff, I.C. Ellison, as to the remaining Count II of Plaintiff's Complaint.


  March 16, 2007                            **LANCE S. WILSON**
                                                           Clerk

                                                         /s/ Daniel R. Morgan
                                                         Deputy Clerk